**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: Michelle E. Williams | Case No. 18-35407-KRH |
| **Debtor** | **Chapter 13** |

Address:   3212 Kim Drive
Richmond, VA 23224

Last four digits of Social Security No: xxx-xx-4902(Debtor)

### NOTICE OF MOTION FOR HARDSHIP DISCHARGE

The above named Debtor, by counsel, has filed a Motion for Hardship Discharge with the Court pursuant to 11 U.S.C. § 1328(b).

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING ON THE ABOVE REFERENCE MOTION IS SCHEDULED FOR: November 29, 2023 at 12:00 p.m. before the Honorable Kevin R. Huennekens, United States Bankruptcy Court, 701 E. Broad Street, Room 5100, Richmond, VA 23219.**

The written response in opposition to this motion must be filed with the clerk of court at the address shown below. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

Laura T. Alridge (VSB #92593)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone: (804) 358-9900
Counsel for Debtor

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street, Suite 4000
        Richmond, VA 23219-3515

- You must also send a copy to:

        Boleman Law Firm, P.C.
        P. O. Box 11588
        Richmond, VA 23230-1588

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: October 26, 2023        Respectfully submitted,
        Michelle E. Willliams

        By Counsel:

        /s/ Laura T. Alridge
        Laura T. Alridge (VSB #92593)
        Boleman Law Firm, P.C.
        P. O. Box 11588
        Richmond, Virginia 23230-1588
        Telephone: (804) 358-9900
        Counsel for Debtor

CERTIFICATE OF SERVICE

I certify that on October 26, 2023, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States Trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest of the mailing matrix attached hereto.

        /s/ Laura T. Alridge
        Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

In re: Michelle E. Williams                                                                 Case No. 18-35407-KRH
Debtor                                                                                                              Chapter 13

## MOTION FOR HARDSHIP DISCHARGE AND MEMORANDUM IN SUPPORT THEREOF

**COMES NOW** Michelle E. Williams (the "Debtor"), by counsel, pursuant to 11 U.S.C. § 1328(b) and files the following Motion for Hardship Discharge, and affirmatively states as follows:

### Jurisdiction

1. Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§1334 and 157 in that this action arises in and relates to the bankruptcy case of the Debtor.

2. This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A).

3. Venue is proper pursuant to 28 U.S.C. §1409.

### Background Facts

4. On October 26, 2018, the Debtor filed a petition under Chapter 13 of the Bankruptcy Code. Suzanne E. Wade is the Chapter 13 Trustee in this case (the "Trustee").

5. The Modified Chapter 13 Plan was filed on September, 18, 2019 and confirmed on April 10, 2019.

6. In the instant case, the Modified Chapter 13 Plan called for $ 175.00 per month for 4 months, and $ 225.00 for 56 months, for a total funding of $ 13,300.00.

Laura T. Alridge (VSB #42549)
Boleman Law Firm, P.C.
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
Telephone (757) 313-3000
Counsel for Debtor

**Discussion**

7. Pursuant to 11 U.S.C. § 1328(b), Debtor must demonstrate to the Court that (1) her failure to complete plan payments is due to circumstances for which she should not justly be held accountable, (2) the value of property distributed under the plan to unsecured creditors is not less than what would have been paid to each creditor if her estate had been liquidated under a Chapter 7 case, and (3) modification of the plan under 11 U.S.C. § 1329 is not practicable.

**Argument**

8. The Debtor is not currently employed full time, and is unable to afford to bring her case current with the Trustee. She is no longer receiving unemployment benefits and has used a

9. At the time of Debtor's Chapter 13 filing, Debtor did not possess any assets that would result in any distribution to unsecured creditors in a Chapter 7 bankruptcy case. The Chapter 13 Trustee has not paid any distribution to the unsecured creditors, however the unsecured creditors have not been paid less than what they would have received in a Chapter 7 Bankruptcy.

10. Because Debtor is in the 60th month of her case, a modified plan is not feasible.

11. The Debtor has satisfied all requirements necessary for discharge under 11 U.S.C. § 1328(b).

WHEREFORE, for the foregoing reasons, the Debtor, by counsel, respectfully requests this Honorable Court to enter an Order granting the Debtor a Discharge pursuant to 11 U.S.C. Section 1328(b) and grant such other relief as may be just and

appropriate.

                              **Michelle E. Williams**

                By: /s/ Laura T. Alridge
                     Laura T. Alridge (VBS #42549)
                     Boleman Law Firm, P.C.
                     P.O. Box 11588
                     Richmond, VA 23230
                     Telephone (804)358-9900
                     Counsel for Debtor

### CERTIFICATE OF SERVICE

I certify that on October 31, 2023 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

                              /s/ Laura T. Alridge
                              Counsel for Debtor

| | | |
|---|---|---|
| ADT Security<br>RE: Bankruptcy<br>PO Box 650485<br>Dallas, TX 75265 | American Web Loan<br>Re: Bankruptcy<br>522 N. 14th St. #130<br>Ponca City, OK 74601 | Ashley Village Community Assoc<br>7231 Forest Avennue<br>Suite 102<br>Richmond, VA 23226 |
| AT&T<br>Attention: Bankruptcy Dept.<br>P.O. Box 536216<br>Atlanta, GA 30353 | Beachbody<br>P.O. Box 406<br>Farmingdale, NY 11735 | Big Valley Financial<br>PO Box 163<br>Finley, CA 95435 |
| Boulders Ambluatory Surgery<br>1115 Boulders Parkway<br>Suite 210<br>Richmond, VA 23225 | BWW Law Group, LLC<br>8100 Three Chopt Rd, Suite 240<br>Henrico, VA 23229 | Cameo Dragon<br>416 East Main Street<br>Richmond, VA 23219 |
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130 | CJW Medical Center<br>PO Box 13620<br>Richmond, VA 23225 | Commonwealth Anesthesia Assoc.<br>Attn: Bankruptcy Dept.<br>PO Box 35808<br>Richmond, VA 23235 |
| County of Chesterfield<br>Treasurer<br>P.O. Box 40<br>Chesterfield, VA 23832 | Credit One Bank<br>PO Box 60500<br>San Gabriel, CA 91776-0500 | Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773 |
| DirecTV<br>Attn: Bankruptcy Claims<br>PO Box 6550<br>Englewood, CO 80155 | Edward S. Whitlock<br>10160 Staples Mill Road<br>Suite 105<br>Glen Allen, VA 23060 | First Premier Bank<br>Attn: Bankruptcy Dept.<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| First Virginia<br>6785 Bobcat Way<br>Suite 200<br>Dublin, OH 43016 | GEICO<br>One GEICO Blvd.<br>Fredericksburg, VA 22412-0001 | IC Systems<br>444 Hwy 96 East<br>PO Box 64137<br>Saint Paul, MN 55164-0137 |
| Jag Construction<br>5907 Blackjack Oak Court<br>Richmond, VA 23234 | Keith Yacko, Esq.<br>McMichael Taylor Gray, LLC<br>3550 Engineering Dr., Ste. 260<br>Peachtree Corners, GA 30092 | Lafayette, Ayers & Whitlock<br>10160 Staples Mill Rd<br>Ste 105<br>Glen Allen, VA 23060 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | New Generations Federal Credit<br>Attn: Bankruptcy Dept.<br>1700 Robin Hood Road<br>Richmond, VA 23220 | NTelos<br>401 Spring Lane, Suite 300<br>P.O. Box 1990<br>Waynesboro, VA 22980 |
| OrthoVirginia<br>P.O. Box 35725<br>Richmond, VA 23235-0725 | Public Savings Bank<br>1 Church Street<br>Rockville, MD 20850 | Radiology Assoc. of Richmond<br>2602 Buford Rd.<br>Richmond, VA 23235 |

| | | |
|---|---|---|
| Rushmore Loan Management Servi<br>P.O. Box 55004<br>Irvine, CA 92619-2708 | Strayer University<br>Re:  Bankruptcy<br>11501 Nuckols Road<br>Glen Allen, VA 23060 | Wells Fargo Home Mortgage<br>3480 Stateview Blvd<br>Fort Mill, SC 29716 |